# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BONUTTI SKELETAL INNOVATIONS, LLC,**<br>　　　　Plaintiff,<br><br>　　v.<br><br>**GLOBUS MEDICAL INC.,**<br>　　　　Defendant. | **CIVIL ACTION**<br><br><br>**NO. 14-6650** |

## ORDER

**AND NOW**, this 15th day of June, 2015, upon consideration of Defendant Globus Medical Inc.'s Motion to Dismiss Claims of Joint, Indirect, and Willful Infringement, Plaintiff Bonutti Skeletal Innovations, LLC's Opposition, and the reply thereto, **IT IS ORDERED** that:

1. Defendant's Motion is **GRANTED**;

2. Plaintiff's claims for direct method infringement in Counts I and II are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's claims for induced infringement and contributory infringement in Counts I-VI are **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiff's claims for willful infringement in Counts I-VI are **DISMISSED WITHOUT PREJUDICE**; and

5. Plaintiff shall be granted leave to file a second amended complaint, which shall be filed no later than fourteen (14) days from the date of this Order.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE J.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**